UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA DAVIS, JENNIFER ELLIOTT, and MARLA ALIECE SIMS-KING, individually and as representatives of a class of participants and beneficiaries in and on behalf of the WASHINGTON UNIVERSITY RETIREMENT SAVINGS PLAN,<br><br>                  Plaintiffs,<br><br>vs.<br><br>WASHINGTON UNIVERSITY IN ST. LOUIS, WASHINGTON UNIVERSITY IN ST. LOUIS BOARD OF TRUSTEES, WASHINGTON UNIVERSITY IN ST. LOUIS RETIREMENT PLAN ADVISORY COMMITTEE, WASHINGTON UNIVERSITY IN ST. LOUIS PLAN ADMINISTRATION COMMITTEE, and WASHINGTON UNIVERSITY IN ST. LOUIS EXECUTIVE VICE CHANCELLOR AND CHIEF ADMINISTRATIVE OFFICER,<br><br>                  Defendants. | **CIVIL ACTION**<br><br>No. 4:17-CV-01641-RLW<br><br>Hon. Ronnie Lee White |

**UNOPPOSED MOTION/CONSENT MOTION FOR LEAVE OF COURT TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF <u>MOTION FOR CLASS CERTIFICATION</u>**

Plaintiffs respectfully file this unopposed Motion for leave of Court seeking an enlargement of the page limit for their forthcoming memorandum of law in support of their motion for class certification. In support of this Motion, Plaintiffs state as follows:

1. Under E.D.Mo. L.R. 4.01(D), the page limit for the all motions is 15 pages.

2. Plaintiffs respectfully request a 4-page expansion of the page limit for its memorandum of law in support of their motion for class certification.

3. A 4-page expansion is appropriate here because counsel has written the memorandum to be both brief but also complete with respect to this complex area of law while also providing a thorough restatement of the parties and dispute involved.

4. Counsel for Plaintiffs have consulted with counsel for Defendants in this matter, who do not oppose the relief requested in this Motion.

WHEREFORE, the Plaintiffs respectfully request that the Court grant this Motion and grant them a 4-page enlargement of the 15-page limit provided for by the Local Rules, so as to allow a 19-page memorandum of law in support of their motion for class certification.

Respectfully submitted,

DATED: March 15, 2021

By: */s/ John F. Edgar*
John F. Edgar
EDGAR LAW FIRM LLC
2600 Grand Blvd., Suite 440
Kansas City, Missouri 64108
Tel:  (816) 531-0033
Fax: (816) 531-3322
jfe@edgarlawfirm.com
Bar #47128 (MO)

Todd S. Collins (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.:  215-875-3000
Fax:  215-875-4604
tcollins@bm.net
enoteware@bm.net

John J. Nestico (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
Telephone: (510) 740-2946
jnestico@schneideiwallace.com

Todd Schneider (*pro hac vice*)

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel.: 415-421-7100
Fax: 415-421-7105
tschneider@schneiderwallace.com

Steve Schwartz (*pro hac vice*)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: 610-642-8500
Fax: 610-649-3633
steveschwartz@chimicles.com

Eric Lechtzin (*pro hac vice*)
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Phone: 215-867-2399
elechtzin@edelson-law.com

John J. Carey
John F. Garvey
James J. Rosemergy
CAREY AND DANIS
8235 Forsyth Blvd., Suite 1100
Clayton, MO 63105
Tel.:  314-725-7700
Fax:  314-721-0905
jcarey@careydanis.com
jgarvey@careydanis.com
jrosemergy@careydanis.com

*Counsel for Plaintiffs and the Class*

Dated: March 15, 2021

Dated this _____ day of _____, 2021

                                                             By the Court

                                                             _____
                                                             Hon. Ronnie Lee White
                                                             District Court JUDGE
                                                             U.S.D.C. for the Eastern District of Missouri

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 15, 2021, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Missouri, using the Court's CM/ECF electronic case filing system. The electronical case filing system sent a "Notice of E-Filing" to the attorneys of record in this case:

                                                                               */s/ John F. Edgar*