# Exhibit H

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA DAVIS, JENNIFER ELLIOTT, and MARLA ALIECE SIMS-KING, individually and as representatives of a class of participants and beneficiaries in and on behalf of the WASHINGTON UNIVERSITY RETIREMENT SAVINGS PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON UNIVERSITY IN ST. LOUIS, WASHINGTON UNIVERSITY IN ST. LOUIS BOARD OF TRUSTEES, WASHINGTON UNIVERSITY IN ST. LOUIS RETIREMENT PLAN ADVISORY COMMITTEE, WASHINGTON UNIVERSITY IN ST. LOUIS PLAN ADMINISTRATION COMMITTEE, and WASHINGTON UNIVERSITY IN ST. LOUIS EXECUTIVE VICE CHANCELLOR AND CHIEF ADMINISTRATIVE OFFICER,<br><br>Defendants. | CIVIL ACTION<br><br>No. 4:17-CV-01641-RLW<br><br>Hon. Ronnie Lee White |

## PLAINTIFF JENNIFER ELLIOTT'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Jennifer Elliott, declare as follows:

1.      I am a named plaintiff in the above-referenced matter and participant in the

Washington University Retirement Savings Plan ("Plan") a § 403(b) defined contribution plan

governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*.

("ERISA").

2.      I am seeking to represent a class of participants in the Plan in this lawsuit.  The

class is described in detail in Plaintiffs' Motion for Class Certification, and is defined as the

following class:

> All participants and beneficiaries of The Washington University Retirement Savings Plan from April 28, 2011, through the date of judgment, excluding the Defendants or any participant who is a fiduciary to the Plan.

3.      I understand my responsibilities to represent all the class members, and I am willing to serve as a class representative of the class, and participate in the vigorous prosecution of this lawsuit.  I intend to continue to serve as a class representative through the conclusion of this case.

4.      In my role as a proposed class representative, I regularly review court documents sent by my attorneys and monitor the progress of this action.

5.      Along with the other named Plaintiffs, Latasha Davis and Marla Aliece Sims-King, I am seeking to recover the Plan's losses caused by Defendants' imprudent management of the Plan, which has caused the Plan to pay improper and excessive fees to the Plan's service providers, and to incur excessive investment management fees.  We are seeking to make changes to the Plan to remedy those losses and prevent future losses.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/11/2021 _____.

_____
DocuSigned by:
*Jennifer T. Elliott*
D2BECBD57B8042C...

Jennifer Elliott