# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA DAVIS, JENNIFER ELLIOTT, and MARLA ALIECE KING-SIMS, individually and as representatives of a class of participants and beneficiaries in and on behalf of the WASHINGTON UNIVERSITY RETIREMENT SAVINGS PLAN, <br><br>       Plaintiffs, <br><br>  vs. <br><br> WASHINGTON UNIVERSITY IN ST. LOUIS, WASHINGTON UNIVERSITY IN ST. LOUIS BOARD OF TRUSTEES, WASHINGTON UNIVERSITY IN ST. LOUIS RETIREMENT PLAN ADVISORY COMMITTEE, WASHINGTON UNIVERSITY IN ST. LOUIS PLAN ADMINISTRATION COMMITTEE, and WASHINGTON UNIVERSITY IN ST. LOUIS EXECUTIVE VICE CHANCELLOR AND CHIEF ADMINISTRATIVE OFFICER, <br><br>       Defendants. | **CIVIL ACTION** <br><br><br> No. 4:17-CV-01641-RLW <br><br><br> Hon. Ronnie Lee White |

## ORDER GRANTING EXTENSION OF TIME AS SET FORTH IN AMENDED CASE MANAGEMENT ORDER

Plaintiffs filed an Unopposed Motion to Extend Time on November 17, 2021 (ECF No. 118) as to certain deadlines contained in the Case Management Order, dated September 16, 2020 (the "CMO"; ECF No. 69), as subsequently amended by Order dated March 15, 2021 (ECF No. 88), by Order dated May 9, 2021 (ECF No. 97), and by Order dated July 15, 2021 (ECF No. 113) (as thus amended, the CMO is referred to herein as the "Amended CMO"). The Court finds good cause to extend the deadlines as sought by Plaintiffs and hereby **GRANTS** the Unopposed Motion to Extend Time (ECF No. 118). The Court hereby **ORDERS** the following amendments to the Amended CMO:

1.      The date by which expert and all discovery will close is extended from November 29, 2021 to December 17, 2021.

2.      Other deadlines provided for in the Amended CMO are extended, as follows:

| Event | Current | Proposed |
|---|---|---|
| Dispositive and Daubert motions | Dec. 22, 2021 | Jan. 14, 2022 |
| Motion for summary judgment and Daubert oppositions | Jan. 21, 2022 | Feb. 8, 2022 |
| Motion for summary judgment and Daubert replies | Feb. 10, 2022 | Feb. 25, 2022 |
| Trial | June 21, 2022 | June 21, 2022 |
| ADR referral | Nov. 18, 2021 | Nov. 18, 2021 |
| ADR referral terminates | Jan. 3, 2022 | Jan. 18, 2022 |

SO ORDERED:

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of November, 2021.