**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LATASHA DAVIS, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WASHINGTON UNIVERSITY IN ST. LOUIS, et al.,<br><br>    *Defendants*. | Case No. 4:17-cv-01641-RLW |

## DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT VERONICA BRAY

Defendants Washington University in St. Louis, its Board of Trustees, the Retirement Plan Advisory Committee, the Plan Administration Committee, and the Executive Vice Chancellor and Chief Administrative Officer (collectively, "Defendants"), by their attorneys and pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), respectfully move this Court to exclude the opinions and testimony of Plaintiffs' proffered expert Veronica Bray. In support of their Motion, Defendants rely upon the accompanying Memorandum of Law and attached exhibits, and further state as follows:

    1.    The Court should exclude Ms. Bray's testimony because her opinions are not based on sufficient facts or data; are not the product of any reliable or replicable methodology; and do not reflect *any* application—much less a "reliable" one—of her methods to the particular facts of this case or the circumstances confronting Defendants during the relevant time period. *See* Fed. R. Evid. 702(b)-(d).

    2.    As explained further in the accompanying Memorandum of Law, Ms. Bray relies primarily on her supposed "experience," but refused to disclose the work or clients that comprise that experience. She offers no further facts or data that sustain or substantiate her opinions.

Rather, she admittedly developed her conclusions first, and only then cherry-picked a handful of data points (out of tens of thousands of possibilities) that she claims support her opinions. Further, she ignores record evidence that contradicts her conclusions, confirming their unreliability. In the end, Ms. Bray could point to *no* other comparable retirement plans—including her own client plans—that achieved *any* of the actions she now claims the fiduciaries of the Washington University Retirement Savings Plan should have achieved. Simply put, Ms. Bray's opinions are pure *ipse dixit* and are therefore inadmissible under Rule 702 and *Daubert*.

3. In addition to these substantive reasons, the Court should exclude Ms. Bray's testimony in its entirety because it appears that she copied much of her written report from documents generated in other litigation. While Ms. Bray claims that she has never read those documents, she had no explanation for how the identical or nearly identical content from those documents ended up in her report.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant Defendants' Motion and exclude Ms. Bray's testimony in this matter.

Dated: January 14, 2022

Respectfully submitted,

By: /s/ *Deborah S. Davidson*

| | |
|---|---|
| Christopher A. Smith<br>HUSCH BLACKWELL<br>The Plaza in Clayton<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105<br>Tel.: 314-480-1836<br>Fax: 314-480-1505<br>chris.smith@huschblackwell.com<br><br>*Counsel for Defendants* | Brian T. Ortelere (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>Tel.: 215-963-5000<br>Fax: 215-963-5001<br>brian.ortelere@morganlewis.com<br><br>Deborah S. Davidson (*pro hac vice*)<br>Matthew A. Russell (*pro hac vice*)<br>Samuel D. Block (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 N. Wacker Drive<br>Chicago, Illinois 60606<br>Tel.: 312-324-1000<br>Fax: 312-324-1001<br>deborah.davidson@morganlewis.com<br>matthew.russell@morganlewis.com<br>samuel.block@morganlewis.com |

## **CERTIFICATE OF SERVICE**

I, Deborah S. Davidson, hereby certify that, on January 14, 2022, I caused a true and correct copy of the foregoing *Motion for To Exclude*, including the exhibits thereto, to be served on Plaintiffs' counsel of record via the Court's ECF system.

*Deborah S. Davidson*
Deborah S. Davidson