IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA DAVIS, JENNIFER ELLIOTT, and MARLA ALIECE SIMS-KING, Individually and as representatives of a class of participants and beneficiaries in and on behalf of the WASHINGTON UNIVERSITY RETIREMENT SAVINGS PLAN,<br><br>            Plaintiffs,<br><br>     v.<br><br>WASHINGTON UNIVERSITY IN ST. LOUIS,  WASHINGTON UNIVERSITY IN ST. LOUIS BOARD OF TRUSTEES, WASHINGTON UNIVERSITY IN ST. LOUIS RETIREMENT PLAN ADVISORY COMMITTEE,  WASHINGTON UNIVERSITY IN ST. LOUIS PLAN ADMINISTRATION COMMITTEE, and WASHINGTON UNIVERSITY IN ST. LOUIS EXECUTIVE VICE CHANCELLOR AND CHIEF ADMINISTRATIVE OFFICER<br><br>            Defendants. | Case No. 4:17-cv-01641-RLW |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Plaintiffs Latasha Davis, Jennifer Elliot, and Marla Aliece Sims-King ("Plaintiffs"), individually and on behalf of all others similarly situated, and on behalf of the Washington University in St. Louis Retirement Plan (the "Plan"), hereby move this Court, pursuant to Federal Rules of Civil Procedure 23, for an Order:

    a. Granting final approval of the proposed Class Action Settlement Agreement (the "Settlement") (ECF No. 146-1);

   b. Approving of the Plan of Allocation, as set forth in Section 6 of the Settlement, as fair, reasonable and adequate under Rule 23(e);

   c. Directing distribution of the Gross Settlement Amount in accordance with the terms of the Settlement; and

   d. Entering final judgment and dismissing the action upon the Effective Date.

This Motion is based upon the accompanying Memorandum of Points and Authorities; the Joint Declaration of Class Counsel, and all exhibits thereto; the contemporaneously filed Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses, Plaintiffs' Compensation Awards, and Administrative Expenses, and all exhibits thereto; and all other pleadings, papers, records, and materials on file in this actions, including matters of which the Court may take judicial notice, and any such other argument the Court may consider.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion and enter the proposed Final Approval Order.

Dated:  August 1, 2022

Respectfully submitted,

*/s/  Todd Collins*
Todd S. Collins
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103-6365
*tcollins@bm.net*
*enoteware@bm.net*

Steven A. Schwartz
Beena M. McDonald
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: 610-642-8500
Fax: 610-649-3633
*steveschwartz@chimicles.com*
*bmm@chimicles.com*

John F. Edgar
EDGAR LAW FIRM LLC
2600 Grand Blvd., Suite 440
Kansas City, Missouri 64108
(816) 531-0033
Fax: (816) 531-3322
*jfe@edgarlawfirm.com*

John J. Nestico
SCHNEIDER WALLACE COTTRELL KONECKY  LLP
6000 Fairview Rd., Suite 1200
Charlotte, NC  28210
Telephone: (510) 740-2946
Facsimile: (415) 421-7105
*jnestico@schneiderwallace.com*

Todd Schneider
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
*tschneider@schneiderwallace.com*

Eric Lechtzin, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Cell: 267-408-8445
Main: 215-867-2399
Fax: 267-685-0676
*elechtzin@edelson-law.com*

John J. Carey
John F. Garvey
James J. Rosemergy
CAREY, DANIS & LOWE
8235 Forsyth Boulevard
Suite 1100
Clayton, MO 63105
Tel.:  314-725-7700
Fax:  314-721-0905
*jcarey@careydanis.com*
*jgarvey@careydanis.com*

3

*jrosemergy@careydanis.com*

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, _____, hereby certify that on August _____, 2022, I caused to be served, via electronic mail, a true and correct copy of the foregoing document to the following:

Deborah S. Davidson
Matthew A. Russell
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601
*deborah.davidson@morganlewis.com*
*matthew.russell@morganlewis.com*

Brian T. Ortelere
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
*brian.ortelere@morganlewis.com*

Christopher A. Smith
HUSCH BLACKWELL
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
*chris.smith@huschblackwell.com*

*/s/* _____
[name]