# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA DAVIS, JENNIFER ELLIOTT, and MARLA ALIECE SIMS-KING, Individually and as representatives of a class of participants and beneficiaries in and on behalf of the WASHINGTON UNIVERSITY RETIREMENT SAVINGS PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON UNIVERSITY IN ST. LOUIS, WASHINGTON UNIVERSITY IN ST. LOUIS BOARD OF TRUSTEES, WASHINGTON UNIVERSITY IN ST. LOUIS RETIREMENT PLAN ADVISORY COMMITTEE, WASHINGTON UNIVERSITY IN ST. LOUIS PLAN ADMINISTRATION COMMITTEE, and WASHINGTON UNIVERSITY IN ST. LOUIS EXECUTIVE VICE CHANCELLOR AND CHIEF ADMINISTRATIVE OFFICER<br><br>Defendants. | Case No. 4:17-cv-01641-RLW |

## ORDER APPROVING ATTORNEYS' FEES AND EXPENSES, PLAINTIFFS' COMPENSATION AWARDS, AND ADMINISTRATIVE EXPENSES

Before this Court is Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses, Plaintiffs' Compensation Awards, and Administrative Expenses pursuant to the terms of a Class Action Settlement Agreement dated April 15, 2022 (the "Settlement Agreement").[1] Having reviewed and considered the Settlement Agreement, Plaintiffs' Memorandum In Support of their Unopposed Motion For Attorneys' Fees And Expenses, Plaintiffs' Compensation Awards, and

---

[1] All capitalized terms herein, unless otherwise defined, shall have the same meaning as that attributed in the Settlement Agreement.

Administrative Expenses, Plaintiffs' Joint Declaration in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Expenses, Plaintiffs' Compensation Awards, and Administrative Expenses, and the report of the Independent Fiduciary, and having conducted a Final Fairness Hearing on August 31, 2022, after careful review of the fee materials submitted by Class Counsel, and after applying the appropriate standards required by relevant case law, the Court finds that Class Counsel's fees are reasonable in light of the successful results achieved by Class Counsel, the monetary and non-monetary benefits obtained in this Action, the substantial risks associated with the Action, Class Counsel's skill and experience in class action litigation of this type, and the fee awards in comparable cases.

The Court finds that Class Counsel's out of-pocket litigation expenses covered by this request were reasonably incurred and necessary to the prosecution of this case and are therefore properly recoverable under the common fund doctrine.

The Court further finds that Plaintiffs Latasha Davis, Jennifer Elliott and Marla Aliece Sims-King have devoted substantial time and effort that contributed to this Settlement, have faithfully attended to their duties to act as representatives of the Class, and are each entitled to a Plaintiffs' Compensation award, and that Settlement Notice and Settlement administration costs incurred in connection with the Settlement (the "Administrative Expenses") should be paid.

**NOW THEREFORE**, **IT IS HEREBY ORDERED AND ADJUDGED:**

1. The Court hereby grants Class Counsel's application for attorneys' fees in the amount of $2,500,000, to be paid from the Gross Settlement Fund.

2. The Court hereby grants Class Counsel's application for reimbursement of expenses incurred in the prosecution of this case in the amount of $623,730.14, to be paid from the Gross Settlement Fund.

3.      The Court hereby grants to Plaintiffs Latasha Davis, Jennifer Elliott and Marla Aliece Sims-King, a service award of $5,000 each, to be paid from the Gross Settlement Fund, and grants the request that the Administrative Expenses shall be paid from the Gross Settlement Fund.

4.      All payments shall be made in accordance with the terms of the Settlement Agreement.

Dated this 31st day of August, 2022.

*Ronnie L. White*

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE